George W. McKenzie, of Brooklyn, for respondent.

PER CURIAM. The only respect wherein we deem it necessary to modify the judgment herein is in regard to the amount due the appellant Ficke upon the principal and interest of the chattel mortgage held by him. Upon the testimony, such amount should have been stated at $943.35, instead of $883.46, as found. The twentieth finding of fact, and the third and fourth conclusions of law, will be changed so as to show the amount due Ficke to be $943.35, instead of $883.46. As thus modified, the judgment appealed from will be affirmed, with costs to Johanns and Ficke, as against the appellant Dunn, but without any costs as between them. If either appellant Johanns or Ficke has, however, paid for the printing of the case on appeal (as to which there is no proof before us), the expense thereof will be allowed the party so paying as a necessary disbursement, and included in the amount adjudged to be paid to him. Settle order on notice.

JOHN JAMESON & SON, Limited, v. REILLY. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by John Jameson & Son, Limited, against John Reilly. No opinion. Application granted, upon defendant filing stipulation as provided in order. Order signed. See, also, 90 Misc. Rep. 318, 153 N. Y. Supp. 225.

JOHNSON v. HEDDEN CONST. CO. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Appeal from Trial Term, New York County. Action by Charles Johnson against the Hedden Construction Company. From a judgment dismissing the complaint at the close of plaintiff's case upon the trial, plaintiff appeals. Reversed, and new trial ordered. See, also, 154 N. Y. Supp. 1127. Horace D. Byrnes, of New York City, for appellant. Edward J. Redington, of New York City, for respondent.

PER CURIAM. We think that the dismissal of the complaint was error, as there was a question for the jury as to the negligence of the defendant and the absence of contributory negligence or assumption of risk by the plaintiff. The judgment is therefore reversed, and a new trial ordered, with costs to appellant to abide the event. Order filed.

JONES, Respondent, v. BALDWIN–DE-VINE, Appellant. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Holmes Jones against Lilla M. Baldwin-Devine. No opinion. Motion granted, without costs.

In re JOSLYN. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) In the matter of the application of Charles D. Joslyn for admission to the bar. No opinion. Application granted.

JOY, Appellant, v. BARBER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Forrest L. Joy against H. V. Barber

and another. No opinion. Judgment and order affirmed, with costs.

In re JUDSON. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) In the matter of the application of William H. Judson and another, as executors, etc., of Horatio Rowe, deceased. No opinion. Motion to dismiss appeal denied, with $10 costs.

KANZER, Respondent, v. VOGES, Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Henry Kanzer, as administrator, etc., against Frederick Voges. E. Herrmann, of New York City, for appellant. A. Rosenthal, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KASHOWITZ, Appellant, v. KANRICH et al., Respondents. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Morris Kashowitz against Nathan Kanrich and others. H. J. Block, of New York City, for appellant. I. Gainsburg, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. Order filed.

KEITH, Respondent, v. PAYNE, Appellant. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) Action by Ervin A. Keith against Daniel F. Payne.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 164 App. Div. 642, 150 N. Y. Supp. 37.

KELLOGG and HOWARD, JJ., dissent.

In re KELLY. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) In the matter of the petition of Louis A. Kelly for the revocation of letters of administration issued to Rachel Tucker on the estate of Charles Stith, deceased, wherein Rachel Tucker appeals. No opinion. Decree of the Surrogate's Court of Kings County affirmed, with costs.

KELLY, Respondent, v. ELMIRA REALTY CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by James Kelly against the Elmira Realty Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 165 App. Div. 543, 151 N. Y. Supp. 123; 155 N. Y. Supp. 1116.

KELLY v. ELMIRA REALTY CO. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) Action by James Kelly against the Elmira Realty Company. No opinion. Motion denied. See, also, 155 N. Y. Supp. 1116.

KELSEY v. BRADLEY. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Julia R. Kelsey against William Bradley. No opinion. Motion granted, so far as to permit respondent to move before the trial judge for resettlement of the